Plaintiff's Name RyanFrankDennisArnold
Prisoner No. 2423954
Institution WestCounty Reentry
Treatment & Housing

FILED
OCT 09 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RyanFrankDennisArnold
*(Enter your full name)*
v.
contra costa county
*(Enter the full name(s) of all defendants in this action)*

Case No.______________
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement Martinez Detention Facility

**B.** Is there a grievance procedure in this institution? ☑ YES ☐ NO

**C.** If so, did you present the facts in your complaint for review through the grievance procedure? ☑ YES ☐ NO

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: 02/23/25 No appeal Number Provided on Appeal

2. First formal level: 02/27/25

3. Second formal level: 03/05/25

4. Third formal level: 03/22/25 & 4/11/25

**E.** Is the last level to which you appealed the highest level of appeal available to you?
☑ YES ☐ NO

**F.** If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

**A.** If there are additional plaintiffs besides you, write their name(s) and present address(es).

**B.** For each defendant, provide full name, official position and place of employment.
Nurse Mary Position-LVN /Contra costa County Martinez Detention Facility Nurse Vanessa Position RN Contra costa County Jail Martinez Facility & west Reentry Treatment & housing.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 2/23/2025 at AM Pill Call around 10:20 Am Nurse LVN Mary made a mistake & gave me another inmates medication which was called (Revia) an Opiod Block which sent me into full withdraws for 3 days I could Not sleep I was in Pain & I suffered in bed for 3 days having To sleep in my urine & waste. My body was weak

The medication She mistakenly gave me is a alcohol blocker/Opiod Blocker
I Never experienced Pain Like That before Pain Level 1-10 (10).
I went 3 days with Pain & Suffering & Cold sweats, Body Aches
I Thought I was going To die. RN Vaness came & gave me Gatorade
for electroytes. I was Throwing up Acid. medical wrote an Incident
Report. I have been scared To Take meds giving by certain Nurses
because of Them Rushing & Improper medical malPractice.
LVN Mary Failed To Provide adequote medical care.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I am asking for punitive damages of $200,000 Dollars for The Mental anguish
I am asking for Compensatory Damages of $2.5 million dollars for The Pain &
Suffering & The mental distress & Emotional distress & for Failure To
Take The care That a Responsible Person usually Takes. Gross Negligence.
& for unnecessary & wanton infliction of Pain. Failure To Provide adequate
medical. which Violates my Eighth Amendment. I ask The courts To Take Action on defendant.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 10/3/2026 [signature] ©

Date — Signature of Plaintiff